IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| DAVID ALLEN SHIRLEY,        ) | |
| ) | |
|    Plaintiff,              ) | |
| ) | CIVIL ACTION NO. |
| v.                         ) | 2:09cv338-MHT |
| ) | |
| GLORIA MOORE, etc., et al.,) | |
| ) | |
|    Defendants.             ) | |

ORDER

After an independent and de novo review of the record, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff's objections (Doc. No. 9) are overruled.

(2) The magistrate judge's recommendation (Doc. No. 8) is adopted.

(3) Plaintiff's motion for preliminary injunction (Doc. No. 3) is denied.

It is further ORDERED that this cause is referred back to the United States Magistrate Judge for further appropriate proceedings.

DONE, this the 16th day of June, 2009.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**