IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVID ALLEN SHIRLEY, #204808,    ) | |
| ) | |
| Plaintiff,    ) | |
| ) | |
| v.    ) | 2:09-CV-338-MHT |
| ) | [WO] |
| GLORIA MOORE, *et al.,*    ) | |
| ) | |
| Defendants.    | |

## **MEMORANDUM OPINION**

This litigation is now before the court on the recommendation of the United States Magistrate Judge, entered on August 31, 2009 (Doc. 22), that this case should be dismissed without prejudice due to plaintiff's abandonment of his claims and failures to comply with the orders of this court and properly prosecute this cause of action.

After a review of the recommendation, to which plaintiff did not object, and after an independent and de novo review of the entire record, the court believes that the recommendation should be adopted.  An appropriate judgment will be entered.

DONE, this the 22nd day of September, 2009.

                             /s/   Myron H. Thompson            
                            UNITED STATES DISTRICT JUDGE