IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVID ALLEN SHIRLEY, #204808, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) 2:09-CV-338-MHT |
| | )     [WO] |
| GLORIA MOORE, *et al.*, | ) |
| | ) |
|     Defendants. | |

## **FINAL JUDGMENT**

In accordance with the prior proceedings, opinions, and orders of the court, it is ORDERED and ADJUDGED that the recommendation of the United States Magistrate Judge (Doc. 22) is adopted and this action is dismissed without prejudice.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 22nd day of September, 2009.

                                                    /s/   Myron H. Thompson
                                              UNITED STATES DISTRICT JUDGE